UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOL CASSARO,

              Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; CITIBANK NA; DISCOVER BANK; and JPMORGAN CHASE BANK, N.A.,

              Defendants.

C24-1561 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff Nichol Cassaro's and Defendant Discover Bank's stipulated request to compel arbitration and stay proceedings, docket no. 41, is GRANTED. Plaintiff and Discover Bank will arbitrate Plaintiff's claim against Discover Bank pursuant to their written arbitration agreement. See Ex. A to Stipulation (docket no. 41-1). Pursuant to 9 U.S.C. § 3, this action is STAYED as to Discover Bank only pending the outcome of arbitration. Plaintiff and Discover Bank shall file a joint status report that updates the Court as to the status of the dispute between them within 14 days following the completion of arbitration or no later than August 1, 2025.

(2) Defendant Discover Bank's Motion to Compel Arbitration, docket no. 39, is STRICKEN AS MOOT.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of February, 2025.

                              Ravi Subramanian
                              Clerk

                              s/Laurie Cuaresma
                              Deputy Clerk

MINUTE ORDER - 1