UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICHOL CASSARO,

                    Plaintiff,

        v.                                          C24-1561 TSZ

EXPERIAN INFORMATION
SOLUTIONS, INC.; CITIBANK NA;             MINUTE ORDER
DISCOVER BANK; and JPMORGAN
CHASE BANK, N.A.,

                    Defendants.

        The following Minute Order is made by direction of the Court, the Honorable
Thomas S. Zilly, United States District Judge:

        (1)      Plaintiff Nichol Cassaro's and Defendant Citibank, N.A.'s stipulated
request to compel arbitration and stay proceedings, docket no. 46, is GRANTED.
Plaintiff and Citibank will arbitrate Plaintiff's claim against Citibank pursuant to their
written arbitration agreement.  See Ex. A to Stipulation (docket no. 46-1).  Pursuant to 9
U.S.C. § 3, this action is STAYED as to Citibank only pending the outcome of
arbitration.  The Court's Minute Order, docket no. 43, that stayed this action as to
Defendant Discover Bank remains in effect.  Plaintiff and Citibank shall file a joint status
report that updates the Court as to the status of the dispute between them within 14 days
following the completion of arbitration or no later than September 2, 2025.

        (2)      Defendant Citibank's Motion to Compel Arbitration, docket no. 44, is
STRICKEN AS MOOT.

        (3)      The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

        Dated this 21st day of March, 2025.


                                        Ravi Subramanian
                                        Clerk

                                        s/Laurie Cuaresma
                                        Deputy Clerk

MINUTE ORDER - 1