UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOL CASSARO,<br><br>               Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; CITIBANK NA; DISCOVER BANK; and JPMORGAN CHASE BANK, N.A.,<br><br>               Defendants. | C24-1561 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant JPMorgan Chase Bank N.A.'s Motion to Amend Case Schedule, docket no. 50, is GRANTED. The deadline for joining additional parties that was set in the Court's Minute Order, docket no. 24, is EXTENDED to May 20, 2025. All remaining dates and deadlines set forth in the Minute Order, docket no. 24, remain in full force and effect. Defendant JPMorgan's Motion for Leave to File Third-Party Complaint, docket no. 50, is GRANTED. JPMorgan is ORDERED to file its third-party complaint, see Proposed Amended Answer and Third Party Complaint against Kevin Michael Fleming (docket no. 51 at 4–47), as a separate filing on or before June 30, 2025.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 20th day of June, 2025.

                                                  Ravi Subramanian
                                                  Clerk

                                                  s/Laurie Cuaresma
                                                  Deputy Clerk

MINUTE ORDER - 1